RECEIVED
IN LAKE CHARLES, LA

APR 14 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ZACHEE THEOPHIN | : | DOCKET NO. 09-31 SECTION P |
| VS. | : | JUDGE TRIMBLE |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## ORDER APPOINTING COUNSEL

An evidentiary hearing is set in the above captioned matter to occur on May 21, 2009.

The court having determined that representation of petitioner by counsel will affect a most expeditious conclusion of this matter, **IT IS NOW ORDERED** that the Federal Public Defender for the Western District of Louisiana is hereby appointed to represent the petitioner, Zachee Theophin, pursuant to 18 U.S.C. § 3006A. Counsel is noticed of the deadlines appearing in the Order Setting Evidentiary Hearing [doc. 12].

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of April, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE